THE PEOPLE *v.* COLON.

,APPEAL from the District Court of Ponce.

No. 83.—Decided November 24, 1905.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MANIFEST ERROR.—There being no bill of exceptions or statement of facts, and it not appearing from the record that any error had been committed which would justify the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal;* for The People.

The applicant did not appear.

MR. JUSTICE MACLEARY delivered the opinion of the court.

The defendant in this case, who is the appellant in this court, was convicted in the municipal court of Juana Diaz of defamatory libel and sentenced to two months' imprisonment and the payment of $200 fine. From this judgment he appealed to the District Court of Ponce, where he was tried again, and the penalty was reduced to $100 fine, and in the event of nonpayment, one day of imprisonment for each dollar of the fine.

From this judgment he appealed to this court, but there is neither a statement of facts nor bill of exceptions to be found in the record; nor did he appear by counsel, and no brief was filed for him, so there is nothing before the court but fundamental errors, if any can be found. No such errors appear in the record, for which reason the judgment of the court below must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernandez, Figueras and Wolf concurred.